WCH:jmr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VICTOR HUGO SERNA, ET AL,

       Defendants.
_____/



BANK OF AMERICA,

       Petitioner,

In Re:
Criminal Forfeiture of
Residence Located at 1333 Sago Lane,
Weston, Florida, 33327.
_____/

## ORDER ADOPTING AGREEMENT OF THE UNITED STATES AND PETITIONER

THIS CAUSE, having come on to be heard on the United States' motion for an order adopting the Settlement, Indemnification and Hold Harmless Agreement between the United States of America and petitioner, Bank of America, and the Court, being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the United States' motion is GRANTED and the Settlement, Indemnification and Hold Harmless Agreement is adopted in compliance with the

terms ascribed to by the United States and Bank of America in the attached Settlement, Indemnification and Hold Harmless Agreement.

**DONE and ORDERED** at Miami, in Chambers, this 12 day of March 2008.

*[signature]*
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: William C. Healy, AUSA (2 certified copies, please)
Jeffrey Fonseca, Esquire